1060

[No. 16037–1–I. Division One. May 28, 1986.]

*In the Matter of the Marriage of* SALLY DALE
WRIGHT, *Appellant, and* CHARLES PERRY
WRIGHT, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–104355, Stephen M. Reilly, J., entered January 18, 1985. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 14749–8–I. Division One. May 28, 1986.]

JONATHAN H. SHINN, ET AL, *Appellants*, v.
THRUST IV, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 84–2–01041–0, Frank D. Howard, J., entered
May 22, 1984. *Reversed* and *remanded* by unpublished
opinion per Ringold, A.C.J., concurred in by Swanson and
Coleman, JJ.

[No. 13893–6–I. Division One. May 28, 1986.]

GORDON W. BAWDEN, ET AL, *Respondents*, v.
H. WILLIAM DAHL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–06182–6, Terrence A. Carroll, J., entered
September 26, 1983. *Affirmed* by unpublished opinion per
Utter, J. Pro Tem., concurred in by Cole and Schumacher,
JJ. Pro Tem.